THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 22 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ROMAN PERALES, NOEL GONZALEZ, RUDY MOLINA, ENRIQUE MENDIOLA and HILARIO ACEVEDO, JR., <br><br> Plaintiffs, <br><br> v. <br><br> SUPREME COURT OF TEXAS, THOMAS R. PHILLIPS; RAUL A. GONZALEZ; NATHAN I. HECHT; JOHN CORNYN; CRAIG ENOCH; ROSE SPECTOR; PRISCILLA R. OWEN; JAMES A. BAKER; GREG ABBOTT; OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF TEXAS; DAN MORALES; BOARD OF LAW EXAMINERS OF THE STATE OF TEXAS; RACHAEL MARTIN; WARLICK CARR; DEBORAH G. HANKINSON; ROBERT ROLLER, <br><br> Defendants. | CIVIL ACTION NO. B-00-009 |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Before this Court for consideration is Defendant's Motion to Dismiss (Docket # 20) in the above referenced cause of action. After review of the entire file, it is the opinion of this Court that such Motion should be **GRANTED**. This Court acknowledges that the identical parties and issues were raised in *Perales v. Supreme Court of Texas*, 140 F.3d 1039 (5th Cir.(Tex), 1998), *certiorari denied*, in which the Fifth Circuit Court of Appeals affirmed the United States District Court's dismissal of such causes of action. Consequently, the doctrine of *res judicata* applies.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that Defendant's Motion to Dismiss is hereby **GRANTED**.

DONE this 19th day of May, 2000 in Brownsville, Texas.

_____
Filemon B. Vela
United States District Judge