United States District Court
Southern District of Texas
ENTERED

JUL 17 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROMAN PERALES, NOEL GONZALEZ, RUDY MOLINA, ENRIQUE MENDIOLA and HILARIO ACEVEDO, JR., <br><br> Plaintiffs, <br><br> v. <br><br> SUPREME COURT OF TEXAS, THOMAS R. PHILLIPS; RAUL A. GONZALEZ; NATHAN I. HECHT; JOHN CORNYN; CRAIG ENOCH; ROSE SPECTOR; PRISCILLA R. OWEN; JAMES A. BAKER; GREG ABBOTT; OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF TEXAS; DAN MORALES; BOARD OF LAW EXAMINERS OF THE STATE OF TEXAS; RACHAEL MARTIN; WARLICK CARR; DEBORAH G. HANKINSON; ROBERT ROLLER, <br><br> Defendants. | CIVIL ACTION NO. B-00-009 |

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

Before this Court for consideration is Plaintiff's Motion for Reconsideration (Docket # 23) in the above referenced cause of action. After review of the entire file, it is the opinion of this Court that such Motion should be **DENIED**.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that Plaintiff's Motion for Reconsideration is hereby **DENIED**.

DONE this 17th day of July, 2000 in Brownsville, Texas.

_____
Filemon B. Vela
United States District Judge