25

United States District Court
Southern District of Texas
ENTERED

JUL 1 7 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

# THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROMAN PERALES, NOEL GONZALEZ, RUDY MOLINA, ENRIQUE MENDIOLA and HILARIO ACEVEDO, JR., | § § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | CIVIL ACTION NO. B-00-009 |
| SUPREME COURT OF TEXAS, THOMAS R. PHILLIPS; RAUL A. GONZALEZ; NATHAN I. HECHT; JOHN CORNYN; CRAIG ENOCH; ROSE SPECTOR; PRISCILLA R. OWEN; JAMES A. BAKER; GREG ABBOTT; OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF TEXAS; DAN MORALES; BOARD OF LAW EXAMINERS OF THE STATE OF TEXAS; RACHAEL MARTIN; WARLICK CARR; DEBORAH G. HANKINSON; ROBERT ROLLER, | § § § § § § § § § § § § § § § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, this Court hereby enters its FINAL JUDGMENT, in accordance with its ORDER (Docket #22) and all subsequent orders, to Dismiss Plaintiff's causes of action against Defendant.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that a Final Judgment has been entered Dismissing Plaintiff's claims based upon this Courts Granting of Defendant's Motion to Dismiss.

DONE this 17th day of July, 2000 in Brownsville, Texas.

_____
Filemon B. Vela
United States District Judge