IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROMAN PERALES, NOEL GONZALEZ, RUDY MOLINA, ENRIQUE MENDIOLA, and HILARIO ACEVEDO, JR., <br>     Plaintiffs, <br><br> v. <br><br> SUPREME COURT OF TEXAS, THOMAS R. PHILLIPS, RAUL A. GONZALEZ, NATHAN I. HECHT, JOHN CORNYN, CRAIG ENOCH, ROSE SPECTOR, PRISCILLA R. OWEN, JAMES A. BAKER, GREG ABBOTT, OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF TEXAS, DAN MORALES, BOARD OF LAW EXAMINERS OF THE STATE OF TEXAS, RACHEL MARTIN, WARLICK CARR, DEBORAH G. HANKINSON, ROBERT ROLLER, <br>     Defendants. | § § § § § § § § § § § § § § § § § § § § § | CA NO. B-00-009 |

## ORDER DENYING MOTION TO SET ASIDE JUDGMENT AND PETITION FOR WRIT OF MANDAMUS

Before the Court are Plaintiffs' First Amended Complaint to Set Aside the Judgment and Petition for Writ of Mandamus (Doc. 26), and Defendants' Brief in Opposition to Plaintiffs' Rule 60(b) Motion (Doc. 27). For the reasons aforementioned in this Court's Final Judgment (Doc. 25), and because the one-year statute of limitations has run for a Rule 60(b) motion, Plaintiffs' Motion and Petition are hereby DENIED.

DONE this 8th day of August, 2003 in Brownsville, Texas.

                                                        Filemon B. Vela
                                                 United States District Judge