IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DISTRICT

United States District Court
Southern District of Texas
FILED

AUG 0 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROMAN PERALES, NOEL GONZALEZ, RUDY MOLINA, ENRIQUE MENDIOLA and HILARIO ACEVEDO, JR., <br> Plaintiffs <br><br> v. <br><br> SUPREME COURT OF TEXAS, THOMAS R. PHILLIPS; RAUL A. GONZALEZ; NATHAN I. HECHT; JOHN CORNYN; CRAIG ENOCH; ROSE SPECTOR; PRISCILLA R. OWEN; JAMES A. BAKER; GREG ABBOTT; OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF TEXAS; DAN MORALES, BOARD OF LAW EXAMINERS OF THE STATE OF TEXAS, RACHAEL MARTIN, WARLICK CARR; DEBORAH G. HANKINSON; ROBERT ROLLER <br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-00-009 |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

TO THE HONORABLE FILEMON B. VELA:

John M. Grey files his motion for leave to appear *pro hac vice*, and respectfully moves this Court, pursuant to Local Rule 83.1, to allow him leave to appear *pro hac vice* as attorney in charge on behalf of Defendants the Supreme Court of Texas, Thomas R. Phillips, Raul A. Gonzalez, Nathan I. Hecht, John Cornyn, Craig Enoch, Rose Spector, Priscilla R. Owen, James A. Baker, Greg Abbott, Office of the Attorney General of the State of Texas, Greg Abbott, Board of Law Examiners of the State of Texas, Rachel Martin, Warlick Carr, Deborah G. Hankinson, and Robert Roller.

Mr. Grey is an attorney employed by the Office of the Attorney General of Texas and is licensed to practice in the State of Texas. He is a member in good standing of the State Bar of Texas. He has read and become familiar with the Local Rules of this Court and will abide by and comply with the Rules of Discipline of this Court. In support of this motion, Mr. Grey represents that he has not previously been convicted of a felony or a misdemeanor involving moral turpitude, nor has he been the subject of any disciplinary action by a court of record.

ACCORDINGLY, John M. Grey respectfully requests that the Court grant this motion and allow him leave to appear *pro hac vice* for purposes of this proceeding as lead counsel and attorney-in-charge on behalf of Defendants the Supreme Court of Texas, Thomas R. Phillips, Raul A. Gonzalez, Nathan I. Hecht, John Cornyn, Craig Enoch, Rose Spector, Priscilla R. Owen, James A. Baker, Greg Abbott, Office of the Attorney General of the State of Texas, Dan Morales, Board of Law Examiners of the State of Texas, Rachel Martin, Warlick Carr, Deborah G. Hankinson, and Robert Roller.

> Respectfully submitted,
>
> GREG ABBOTT
> Attorney General of Texas
>
> BARRY R. MCBEE
> First Assistant Attorney General
>
> EDWARD D. BURBACH
> Deputy Attorney General for Litigation
>
> ROBERT B. O'KEEFE
> Acting Chief, General Litigation Division

_____
JOHN M. GREY
Bar No. 24012735
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

*ATTORNEYS FOR DEFENDANTS*

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument has been sent via U.S. Certified Mail, Return Receipt Requested, on this the 5th day of August, 2003.

Roman Perales
P. O. Box 5566
Brownsville, TX 78523

Rudy Molina
2100 Jonquil
McAllen, TX   78501

Hilario Acevedo, Jr.
719 Brazos Circle
Mission, TX   78572

Noel Gonzalez
P. O. Box 1422
Rio Grande City, TX 78582

Enrique Mendiola
P. O. Box 6538
McAllen, TX   78502

_____
JOHN M. GREY
Assistant Attorney General