IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DISTRICT

United States District Court
Southern District of Texas
ENTERED

AUG 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ROMAN PERALES, NOEL GONZALEZ, RUDY MOLINA, ENRIQUE MENDIOLA and HILARIO ACEVEDO, JR., <br> Plaintiffs <br><br> v. <br><br> SUPREME COURT OF TEXAS, ET AL., <br> Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. B-00-009 |

## ORDER

Before the Court is the Motion for Leave to Appear *Pro Hac Vice* filed by John M. Grey. The Court is of the opinion that said motion is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED that John M. Grey be and is hereby granted leave to appear in this matter *pro hac vice* to represent Defendants the Supreme Court of Texas, Thomas R. Phillips, Raul A. Gonzalez, Nathan I. Hecht, John Cornyn, Craig Enoch, Rose Spector, Priscilla R. Owen, James A. Baker, Greg Abbott, Office of the Attorney General of the State of Texas, Greg Abbott, Board of Law Examiners of the State of Texas, Rachel Martin, Warlick Carr, Deborah G. Hankinson, and Robert Roller, as lead counsel and attorney-in-charge.

SIGNED on this 13th day of August, 2003.

THE HONORABLE FILEMON B. VELA
UNITED STATES DISTRICT JUDGE