IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 2 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROMAN PERALES, NOEL GONZALEZ, § <br> RUDY MOLINA, ENRIQUE MENDIOLA § <br> AND HILARIO ACEVEDO, JR. § <br>     Plaintiffs § <br> § <br> vs. § <br> § <br> SUPREME COURT OF TEXAS; § <br> THOMAS R. PHILLIPS; § <br> RAUL A. GONZALEZ; § <br> NATHAN I. HECHT; JOHN CORNYN; § <br> CRAIG ENOCH; ROSE SPECTOR; § <br> PRISCILLA R. OWEN; JAMES A BAKER; § <br> GREG ABBOTT; OFFICE OF THE § <br> ATTORNEY GENERAL OF TEXAS; § <br> DAN MORALES; BOARD OF LAW § <br> EXAMINERS OF TEXAS; § <br> RACHAEL MARTIN; WARLICK CARR; § <br> DEBORAH G. HANKINSON; and § <br> ROBERT ROLLER § <br>     Defendants § | CIVIL ACTIN NO. B-00-009 |

## NOTICE OF CHANGE OF MAILING ADDRESS

Roman Perales
P.O. Box 260616
Corpus Christi, Texas 78426-0616

*Roman Perales* (signature)
Roman Perales

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument has been sent via regular United States mail on this the 30th day of August, 2003 as follows:

Honorable John William Black, Magistrate,
United States District Court for the Southern District of Texas,
600 E. Harrison Street,
Brownsville, Texas, 78520.

Greg Abbot, Attorney General of Texas
John Grey, Assistant Attorney General
General Litigation Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711-2548

Noel Gonzalez
P.O. Box 1422
Rio Grande City, Texas 78582

Rudy Molina
2100 Jonquil
McAllen, Texas 78501

Enrique Mendiola
P.O. Box 6538
McAllen, Texas 78502

Hilario Acevedo, Jr.
719 Brazos Circle
Mission, Texas 78572

Robert H. Mendoza
Attorney at Law
P.O. Box 5566
Brownsville, Texas 78523
(956) 541-5494

*Roman Perales*
Roman Perales