IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROMAN PERALES, NOEL GONZALEZ, RUDY MOLINA, ENRIQUE MENDIOLA, and HILARIO ACEVEDO, JR.<br>Petitioner | § § § § § | |
| vs. | § § § | CIVIL ACTION NO. B-00-009 |
| SUPREME COURT OF TEXAS, ET AL.,<br>Respondent | § § § | |

## ORDER

Before the Court is Roman Perales' (petitioner) Motion for Reconsideration pursuant to Federal Rules of Civil Procedure, Rule 60(b). This Court has reviewed the petitoner's claims and is of the opinion that such are without merit.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the petitioner's Motion for Reconsideration pursuant to Federal Rules of Civil Procedure Rule 60(b) should be and is hereby DENIED.

DONE this 30th day of September, 2003 in Brownsville, Texas.

Filemon B. Vela
United States District Judge